# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE C. CHAMBERS, | : | |
| Plaintiff, | : | NO. 1:20-CV-00207 |
| | : | |
| -vs- | : | |
| | : | (SCHWAB, C.M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## JUDGMENT ORDER

AND NOW, this <u>15th</u> day of <u>JULY</u>, 2020, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

S/ Susan E. Schwab
SUSAN E. SCHWAB
CHIEF, U.S. MAGISTRATE JUDGE